IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER TERELL DULL,      )
#185316,                      )
                             )
              Plaintiff,      )
                             )
       v.                    )        CASE NO. 2:20-CV-678-WKW
                             )               [WO]
WARDEN BUTLER, *et al.*,      )
                             )
              Defendants.     )

## ORDER

On October 14, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 5.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(b)(1)(A).

Final judgment will be entered separately.

DONE this 4th day of November, 2020.

                              /s/ W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE